NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3190

JOHN-PIERRE BANEY,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in DA1221090177-W-1.

ON MOTION

## O R D E R

The Department of Justice moves to reform the official caption to designate the Merit Systems Protection Board as the respondent. John-Pierre Baney submits a form requesting waiver of the requirement that he pay the docketing fee.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns solely the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to reform the official caption is granted. The revised official caption is reflected above.

(2) The requirement that Baney pay the docketing fee is waived.

FOR THE COURT

JUN 2 5 2009
_____
Date

cc:  John-Pierre Baney
     Jane C. Dempsey, Esq.
     Jeffrey Gauger, Esq.

s8

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 5 2009

JAN HORBALY
CLERK